IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARROD FAZON,<br>Petitioner,<br><br>v.<br><br>KEVIN KAUFFMAN, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 16-4913 |

FILED
JAN 11 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 11th day of January, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, Petitioner's memorandum of law, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Fazon's state proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

BY THE COURT

_____
WENDY BEETLESTONE,        J.

ENT'D JAN 12 2018