IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARROD FAZON, | : | |
| *Petitioner*, | : | CIVIL ACTION |
| v. | : | No. 16-4913 |
| | : | |
| JOSEPH TERRA *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 27th day of October, 2025, upon review of the Report and Recommendation prepared by United States Magistrate Judge José Raúl Arteaga (ECF 47), no timely objection having been filed thereto it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED WITH PREJUDICE**;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**